IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| WILLIAM A. WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:21-cv-00219 |
| | ) |
| DEPARTMENT OF HOMELAND SECURITY, et al., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

Krista Consiglio Frith, Assistant United States Attorney for the Western District of Virginia, hereby gives notice to this Court and to the Plaintiff that she is entering an appearance as counsel for the Defendant in the above-captioned case, and requests and requires that service of all papers filed in this action be made upon her.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

Date:  July 10, 2024

*/s/ Krista Consiglio Frith*
Krista Consiglio Frith
Assistant United States Attorney
Virginia State Bar No. 89088
P. O. Box 1709
Roanoke, VA  24008-1709
Telephone: (540) 857-2250
Facsimile: (540) 857-2283
E-mail:  Krista.frith@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2024, I caused a true copy of the foregoing Notice of Appearance to be electronically filed with the Clerk of the Court using the CM/ECF system, and mailed a copy thru the United States Postal Service to the following non-CM/ECF participant:

William A. White
Inmate #13888-084
FCI Cumberland
P.O. Box 1000
Cumberland, MD 21501

                                               */s/ Krista Consiglio Frith*
                                               Krista Consiglio Frith
                                               Assistant United States Attorney