**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

WILLIAM A. WHITE,             )
                                )
       Plaintiff,            )
                                )
v.                             )        Case No. 7:21-cv-00219
                                )
DEPARTMENT OF HOMELAND   )
SECURITY, et al,             )
                                )
       Defendants.       )

**DEFENDANT'S MOTION TO SEAL**

Defendants, by counsel, respectfully move the Court for an order placing under seal the exhibits to the Declaration of Kilian Kagle relating to the Plaintiff which are being submitted in support of Defendants Status Update filed June 25, 2024. (ECF No. 54) These records contain information regarding the Plaintiff's Personal Identifiable Information and public discovery of the information set forth herein would greatly invade his privacy.

For these reasons, the above records should be sealed indefinitely until further order of this Court.

A proposed Order is submitted along with this motion.

Respectfully submitted,

CHRISTOPHER R. KAVANAUGH
United States Attorney

Date:  July 16, 2024

*/s/ Rachel Barish Swartz*
Assistant United States Attorney
New York State Bar No. 4667044
Western District of Virginia
P. O. Box 1709
Roanoke, VA 24008-1709
Tel: (540) 857-2250
Fax: (540) 857-2614
Email: rachel.swartz@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 16, 2024, I caused a true copy of the foregoing Defendant's

Motion to Seal to be electronically filed with the Clerk of the Court using the CM/ECF system,

and mailed a copy thru the United States Postal Service to the following non-CM/ECF participant:

William A. White
Inmate #13888-084
FCI Cumberland
P.O. Box 1000
Cumberland, MD 21501

*/s/ Rachel Barish Swartz*
Rachel Barish Swartz
Assistant United States Attorney